# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA – PRODUCER HEALTH PLAN; and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA – PRODUCER PENSION PLANS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TOO MANY SNEAKERS, INC., a California corporation;<br><br>    Defendant. | Case No.: 2:18-cv-08361-DSF-GJS<br><br>**JUDGMENT** |

///

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Directors Guild of America – Producer Health Plan and Trustees of the Directors Guild of America – Producer Pension Plans, shall recover from Defendant Too Many Sneakers, Inc.:

1. The principal amount of $89,129.48, which includes,
   - Fringe benefit contributions of    $59,260.63
   - Prejudgment interest of    $13,112.39
   - Liquidated damages of    $11,852.13
   - Audit costs of    <u>$ 4,904.00</u>
      $89,129.15

2. Attorneys' fees of $4,560.00;

3. Costs of suit of $635.00; and

4. Post-judgment interest as provided by law.

Date: 2/27/2019

                *Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE